## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

EMERALD INNOVATIONS LLC,     )     CASE NO. 1:05CV870

Plaintiff(s),

vs.

    JUDGE CHRISTOPHER A. BOYKO

ADAMS MFG. CORP.,

Defendant(s).

    ORDER ADOPTING
REPORT AND RECOMMENDATION

The above-captioned case was referred on December 21, 2006 to the Honorable

Kenneth A. McHargh, United States Magistrate Judge, pursuant to Fed.R.CIV.P. 72a

and Local Rule 72.3a of this Court, for a ruling on "Defendants' Motion for Attorneys'

Fees and Expenses," ECF Doc. No. 22.

The Magistrate Judge filed a Report and Recommendation on January 5, 2007

recommending that Defendants' Motion for Attorney's Fees and Expenses be granted.

Plaintiff has not filed an opposition to Defendant's motion.

The Court adopts the Magistrate Judge's Report and Recommendation granting

Defendants' Motion for Attorney's Fees and Expenses in the amount of $10,810.00 and

costs in the amount of $20.61.

IT IS SO ORDERED.

Christopher A. Boyko
United States District Court Judge

FILED

DATE: January 26, 2007

JAN 26 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND